UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARK85 DOE,

Plaintiff,

-v-

NATIONAL BOY SCOUTS OF
AMERICA FOUNDATION, *et al.*,

Defendants.

20-CV-1455 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

This case was removed from New York Supreme Court, New York County, on February

19, 2020. Counsel for the plaintiff is directed to file an appearance with this Court no later than

March 12, 2020.

Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by

March 5, 2020.

SO ORDERED.

Dated: February 20, 2020
New York, New York

_____
J. PAUL OETKEN
United States District Judge